IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Peters v. Nish, et al.</u> | CIVIL NO. 1:CV-08-1923 |
| Inmate: | Clarence Peters | (Judge Conner) |
| ID Number: | EP-3758 | |

FILED
HARRISBURG, PA
NOV 25 2008
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

On October 20, 2008, Clarence Peters, an inmate currently confined at the State Correctional Institution, Waymart, Pennsylvania, filed a habeas corpus petition without submitting a filing fee or a motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u>. By Administrative Order dated October 21, 2008, the Petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>. Notwithstanding this admonition, thirty (30) days have elapsed and the Petitioner has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE, IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

s/ _____
CHRISTOPHER C. CONNER
United States District Judge

DATE: November 25, 2008